**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Glenn Brown
                               Plaintiff,

v.                                                       Case No.: 1:18−cv−03505
                                                     Honorable Sharon Johnson Coleman

Robin Rose, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 18, 2021:

      MINUTE entry before the Honorable Maria Valdez: Status hearing held. Plaintiff intends to file a motion to reopen discovery. The Court sets a briefing schedule on the motion as follows: Plaintiff's motion is due by 5/25/21, Defendants' response is due by 6/8/21, and Plaintiff's reply is due by 6/15/21. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.